**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OFARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA,**
   **PLAINTIFF,**

v.

                **Civil Case No. 17-5153**

**PAULA CAROLLO,**
   **DEFENDANT.**

## PARTIAL RELEASE OF LIEN

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A civil consent judgment was entered against Defendant, Paula Carollo, on August 28, 2017. A judgment lien was filed by the United States against Defendant, Paula Carollo, for the amount of the judgment on October 31, 2017, as Document Number J021-00000146 at the Washington County Circuit Clerk's Office. The United States hereby releases any interest it may have by virtue of the judgment lien in the property commonly known as 11400 Campbell Community Building Road, West Fork, Arkansas which is legally described as:

> A part of the NW ¼ of the SE ¼ of Section 20, Township 15 North, Range 30 West, Washington County, Arkansas, being more particularly described as follows:
>
> Commencing at the Northeast corner of said NW ¼ of the SE ¼, a found stone; thence SO°34'23"E 575.58 feet to set ½" rebar pin for a point of beginning; thence continuing
> SO°34'23"E 350.66 feet to a set ½" rebar pin; thence
> S77°55'03"W 415.5 feet to a set ½" rebar pin; thence
> NO°51'23"W 199.49 feet to a set ½" rebar pin; thence
> N38°38'28"E 128.25 feet to a set ½" rebar pin; thence
> S88°11'59"E 27.82 feet to a set ½" rebar pin; thence
> N1°03'02"E 70.43 fee to a set ½" rebar pin; thence
> N77°01'13"E 304.3 feet to the point of beginning, containing 3.02 acres, more or less, together with access along an existing roadway.

This partial release applies to no other property or assets of Defendant, Paula Carolla.

DATED: August 13, 2018

                                DUANE (DAK) KEES
                                UNITED STATES ATTORNEY

                                By: */s/ Deborah Groom*
                                Deborah Groom
                                Assistant U. S. Attorney
                                Arkansas Bar No. 80054
                                414 Parker Avenue
                                Fort Smith, AR  72901
                                Phone:  (479) 783-5125
                                Fax:  (479) 441-0569
                                Email:  debbie.groom@usdoj.gov